UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ETHAN KARAVANI,

                              Plaintiff,

        -against-

ZUMPER, INC.,

                              Defendant.

------------------------------------------------------------x

19-CV-10915 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:     December 20, 2019
             New York, New York

                                          HON. ANDREW L. CARTER, JR.
                                            United States District Judge

1